# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-1804

_____

Jacinto J. Maldonado-Hernandez,     *
                                           *

          Petitioner,             *    Petition for Review of
                                         *    an Order of the Board
     v.                           *    of Immigration Appeals.
                                         *

Eric H. Holder, Jr., Attorney General   *    [UNPUBLISHED]
of the United States,                   *
                                         *

          Respondent.            *

_____

Submitted: October 28, 2011
Filed: November 2, 2011

_____

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

      Guatemalan citizen Jacinto Maldonado-Hernandez petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of withholding of removal.[1]  Contrary to the arguments in Maldonado-Hernandez's petition, we conclude that the denial of withholding of removal was supported by substantial evidence, <u>see</u> <u>Sow v. Mukasey</u>, 546 F.3d 953, 956 (8th Cir. 2008); <u>Ezeagwu v. Mukasey</u>, 537 F.3d 836, 839 (8th Cir. 2008), and that nothing in

_____

[1]Maldonado also requested asylum and relief under the Convention Against Torture, but he no longer pursues those requests.

the record suggests that his due process rights were violated, <u>see</u> <u>Zacarias-Velasquez</u> <u>v. Mukasey</u>, 509 F.3d 429, 434–35 (8th Cir. 2007).  Accordingly, we deny the petition for review.

_____